■ In the Matter of FRANCISCO TORRES-MORALES, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [698 NYS2d 802] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner challenges a prison disciplinary determination finding him guilty of use of a controlled substance (former inmate rule 113.12 [7 NYCRR 270.2 [B] [14] [former (iii)]). Petitioner contends that the determination is not supported by substantial evidence and that the hearing was not conducted in a fair and impartial manner.

The misbehavior report, together with the author's testimony, that of another correction officer, and the EMIT test results, constitutes substantial evidence of drug use (*see, Matter of Lahey v Kelly*, 71 NY2d 135, 138). Petitioner's challenges to the testing procedure, including the challenge to the chain of custody and the timing of the tests, are without merit (*see generally, Matter of McGill v Coughlin*, 182 AD2d 1103, 1103-1104). The record does not support the contention that the Hearing Officer prejudged the case or conducted the hearing in a manner unfair to petitioner (*see, Matter of Ortiz v Rourke*, 241 AD2d 962, 963; *Matter of Barnhill v Coombe*, 239 AD2d 719, 721). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Pine, Wisner, Pigott, Jr., and Callahan, JJ.